THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
 ksmith@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
 bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED,
a Delaware Corporation  and
ABM SECURITY SERVICES, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VARDAN KARAPETYAN, an individual appearing individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, a Delaware Corporation, ABM SECURITY SERVICES, INC., a California Corporation, and DOES 2-50, inclusive,<br><br>Defendants. | CASE NO. _____<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>ACTION FILED: October 6, 2014 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned attorney of record for Defendants ABM Industries Incorporated and ABM Security Services, Inc. certifies based on current knowledge the following:

Defendant ABM Industries Incorporated hereby certifies that no entity owns 10% or more of the stock of ABM Industries Incorporated.

1  Defendant ABM Security Services, Inc. hereby certifies that it is a wholly
2  owned indirect subsidiary of ABM Industries Incorporated. No publicly held
3  corporation owns 10% or more of its stock.
4  Should any additional information become available in the future, this statement
5  will be updated.

7  Dated: December 4, 2014

THEODORE J. BOUTROUS JR.
THEANE EVANGELIS
KATHERINE V.A. SMITH
BRADLEY J. HAMBURGER
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Theane Evangelis*
                 Theane Evangelis

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED;
ABM SECURITY SERVICES, INC.